IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TAMMY S. PALMER, | : | |
| | : | |
| Claimant, | : | |
| v. | : | |
| | : | No. 5:15-CV-132 (CAR) |
| CAROLYN COLVIN, | : | Social Security Appeal |
| **Commissioner of Social Security,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 18] to remand the final decision of the Commissioner of Social Security denying Plaintiff Tammy Palmer's application for benefits under the Social Security Act, 42 U.S.C. § 405(g).  The Commissioner has not filed an objection to the recommendation.  Having reviewed the Report and Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge.  Thus, the Recommendation [Doc. 18] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.  As a result, the Commissioner's decision is **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), in accordance with the United States Magistrate Judge's Recommendation.

**SO ORDERED,** this 14th day of April, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

CML